PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Paul Jerome Spiers                                Cr.: 93-00400-001
                                                                     PACTS #: 8760

Name of Sentencing Judicial Officer:   THE HONORABLE HAROLD A. ACKERMAN
                                       SENIOR UNITED STATES DISTRICT COURT JUDGE

Date of Original Sentence: 05/08/1995

Original Offense: 18:2113A.F; Bank Robbery By Force Or Violence

Original Sentence: 110 months imprisonment, 36 months supervised release

Special Conditions: Financial Disclosure

Type of Supervision: Supervised Release                Date Supervision Commenced: 12/31/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the standard supervision condition which states **'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.'** |
| | On December 2, 2016, Paul Jerome Spiers tested positive for cocaine on a ten-panel instant urine test. He admitted to use of crack-cocaine the previous weekend and signed a Drug Admission Form. |

U.S. Probation Officer Action:
The Probation Officer will continue to drug test Spiers on a regular basis and report any positive tests to the Court. He will be referred to treatment if necessary. The Probation Officer and offender have discussed his poor choices and cognitive behavioral skills.

Respectfully submitted,
*Dana Hafner/nm*
By: Dana Hafner
    U.S. Probation Officer
Date: 12/13/2016

Prob 12A – page 2
Paul Jerome Spiers

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ Other  CONTINUE DRUG TESTING

_____
Signature of Judicial Officer

12/19/16
_____
Date